■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALFREDO GARCIA, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Juviler, J.), rendered May 6, 1991.

Ordered that the judgment is affirmed *(see, People v Kazepis,* 101 AD2d 816). Thompson, J. P., Balletta, Rosenblatt and Eiber, JJ., concur.